UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| MARK ALBERT STOOKEY | ) | BANKRUPTCY CASE NUMBER 08-11172 |
| DAWN SHARI STOOKEY | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM #1 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, Florida   33131 | $ 4.11 |
| CLAIM #2 | W. David Pepple, M.D.<br>10327 Dawsons Creek Blvd., 9-D<br>Fort Wayne, Indiana   46825-1909 | $ 1.03 |
| CLAIM #9 | Verizon North, Inc.<br>AFNI / Verizon<br>404 Brock Drive<br>Bloomington, Illinois   61701 | $ 3.21 |
| | **TOTAL:** | **$ 8.35** |

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:  260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of October, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

                                         ____/s/ Yvette Gaff Kleven_____
                                         Yvette Gaff Kleven